**United States District Court**
For the Northern District of California

1
2
3
4
5
6              IN THE UNITED STATES DISTRICT COURT
7
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   ROMEO V. APOSTOL,
10          Plaintiff,                    No. C 09-02676 JSW
11    v.
12   CASTRO VALLEY UNIFIED SCHOOL          **ORDER DENYING**
     DISTRICT, et al.,                     **APPLICATION TO PROCEED** *IN*
13                                         *FORMA PAUPERIS* **AND**
            Defendants.                    **DENYING REQUEST FOR**
14   _____/    **APPOINTMENT OF COUNSEL**
15
16        Now before the Court is Plaintiff's application to proceed *in forma pauperis* and request
17   for appointment of counsel submitted filed on June 5, 2009.  To institute any civil action, suit or
18   proceeding in federal court, the clerk of the district court requires the parties instituting such
19   action to pay a filing fee of $350.00.  *See* 28 U.S.C. §  1914(a).  However, the Court can
20   authorize the commencement of any suit without prepayment of fees.  *See* 28 U.S.C. § 1915(a).
21   The plaintiff may file without prepayment of fees if the party submits an affidavit of poverty.
22   *Id.*  The court "may dismiss the case if the allegation of poverty is untrue, or if satisfied that the
23   action is frivolous or malicious."  *Id.* at § 1915(d).  The Court finds that Plaintiff's claim of
24   poverty is unconvincing.  Plaintiff maintains receives $2200 a month, owns a home and owns a
25   car.  On this basis, the application to proceed *in forma pauperis* is DENIED.
26        There is no constitutional right to counsel in a civil case, unless an indigent litigant may
27   lose his physical liberty if he loses the litigation, a situation not presented by this case.  *See*
28   *Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981); *Rand v. Rowland*, 113 F.3d 1520,

**United States District Court**
For the Northern District of California

1   1525 (9th Cir. 1997) (no constitutional right to counsel in Section 1983 action), *withdrawn in*

2   *part on other grounds on reh'g en banc*, 154 F.3d 952 (9th Cir. 1998) (en banc.)  However,

3   pursuant to 28 U.S.C. § 1915(e)(1), a "court may request an attorney to represent any person

4   unable to afford counsel."  This Court has discretion in considering whether to appoint counsel

5   under section 1915(e)(1) and, in general, that discretion should be exercised only in exceptional

6   circumstances. *Rand*, 113 F.3d at 1525.  In making that determination, the Court considers the

7   likelihood of a plaintiff's success on the merits and the plaintiff's ability to articulate his or her

8   claims in light of the complexity of the legal issues involved. *Id.*; *see also Agyeman v.*

9   *Corrections Corp. of America*, 390 F.3d 1101, 1103 (9th Cir. 2004).

10          While this Order should not be construed as a prejudgment of Plaintiff's claims, at this

11  time the Court declines to exercise its discretion to appoint counsel as this case does not appear

12  to present an exceptional circumstance meriting appointment of counsel.  Accordingly,

13  Plaintiff's request for appointment of counsel is DENIED.

14          In addition, without making any endorsement in this regard, Plaintiff is advised that the

15  San Francisco Bar Association operates a lawyer referral service which may be helpful in

16  securing pro bono counsel.  Moreover, Plaintiff may wish to seek assistance from the Legal

17  Help Center, located on the 15th Floor of the Courthouse, Room 2796, where Plaintiff may sign

18  up for a free appointment with an attorney who may be able to provide basic legal help, but not

19  legal representation.

20          **IT IS SO ORDERED.**

21

22  Dated:  July 17, 2009

23  _____
    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

24

25

26

27

28

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROMEO V APOSTOL,

        Plaintiff,

v.

CASTRO VALLEY UNIFIED SCHOOL
DISTRICT et al,

        Defendant.

_____/

Case Number: CV09-02676 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Romeo V. Apostol
10499 S. Manthey Road
Lathrop, CA 95330

Dated: July 21, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

United States District Court
For the Northern District of California