IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO V. APOSTOL,<br><br>    Plaintiff,<br><br>  v.<br><br>CASTRO VALLEY UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants.<br>_____ / | No. C 09-02676 JSW<br><br>**ORDER EXTENDING DEADLINES AND DENYING REQUEST TO TRANSFER** |

On September 7, 2009, Plaintiff Romeo Apostol filed a letter to request that the Court extend the deadline to serve his complaint and the deadlines set forth in the Order Setting Initial Case Management Conference and ADR Deadlines. In his letter, Plaintiff notes that he has a completed draft of a first amended complaint. The Court HEREBY ORDERS that Plaintiff shall file his first amended complaint by **October 16, 2009**. The Court FURTHER ORDERS that Plaintiff shall have until **December 1, 2009** to serve his complaint and summons on Defendants. The case management conference scheduled for October 2, 2009 is CONTINUED to **January 15, 2010 at 1:30 p.m.** The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan, to file an ADR Certification signed by the parties and counsel, and to file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference is CONTINUED to **December 22, 2009**. The last day to file a Rule 26(f) Report, to complete initial disclosures or state objection in a Rule 26(f) Report and file case management statement is CONTINUED to **January 8, 2010**.

1  Plaintiff is admonished that future requests to the Court shall not be in the form of a
2  letter. The Court will only consider requests contained in an administrative motion or noticed
3  motion in accordance with the Northern District Civil Local Rules.
4  The Court DENIES Plaintiff's motion to change venue from the San Francisco Division
5  to the Oakland Division. The two divisions are considered, for purposes of assignment of cases,
6  to be the same division within the District. *See* Civil Local Rule 3-2(d). The Court does not
7  find good cause to transfer this action.
8  The Court also reminds Plaintiff that a Handbook for Pro Se Litigants, which contains
9  helpful information about proceeding without an attorney is available through the Court's
10 website or in the Clerk's office. In addition, without making any endorsement in this regard,
11 Plaintiff is advised that the San Francisco Bar Association operates a lawyer referral service
12 which may be helpful in securing pro bono counsel. Moreover, Plaintiff may wish to seek
13 assistance from the Legal Help Center, located on the 15th Floor of the Courthouse, Room
14 2796, where Plaintiff may sign up for a free appointment with an attorney who may be able to
15 provide basic legal help, but not legal representation.
16 **IT IS SO ORDERED.**

Dated:   09/25/09

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE