PETER P. EDRINGTON, ESQ. (074355)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendant CASTRO VALLEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO V. APOSTOL,<br><br>    Plaintiff,<br><br>    vs.<br><br>CASTRO VALLEY UNIFIED SCHOOL DISTRICT, et al., CSEA Chapter 52, Rob Phillips as CSEA President<br><br>    Defendants. | CASE NO.:  C 09-02676 JSW<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S EXTENSION IN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT |

The plaintiff, in pro per and defendant CASTRO VALLEY UNIFIED SCHOOL DISTRICT, through its attorney of record, hereby stipulate and agree that defendant CASTRO VALLEY UNIFIED SCHOOL DISTRICT, may have an extension to respond to plaintiff's Complaint, up to and including January 8, 2010.

DATED: Dec 14, 2009        EDRINGTON, SCHIRMER & MURPHY

                            By _____
                               Peter P. Edrington, Esq.
                               Attorney for Defendant,
                               CITY OF RICHMOND

Stipulation Re Filing of Answer                1

DATED: 12-16, 2009

By _____
Romeo V. Apostol
In Pro Per Plaintiff

## ORDER

In accordance with the foregoing stipulation, IT IS HEREBY ORDERED that defendant will have an extension in which to respond to plaintiff's Complaint, up to and including January 8, 2010.

DATED: December 18, 2009

By _____
Judge Jeffrey S. White

Stipulation Re Filing of Answer          2