1  PETER P. EDRINGTON, ESQ. (074355)
   EDRINGTON, SCHIRMER & MURPHY LLP
2  2300 Contra Costa Boulevard, Suite 450
   Pleasant Hill, CA  94523-3936
3  Telephone:  (925) 827-3300
   Facsimile:  (925) 827-3320
4

5  Attorneys for Defendant CASTRO VALLEY UNIFIED SCHOOL DISTRICT

6

7                 UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10 ROMEO V. APOSTOL,                    )CASE NO.:   C 09-02676 JSW
                                        )
11          Plaintiff,                  )
                                        )
12     vs.                              )
                                        )STIPULATION AND [PROPOSED]
13 CASTRO VALLEY UNIFIED SCHOOL         )ORDER REGARDING DEFENDANT'S
   DISTRICT, et al., CSEA Chapter       )EXTENSION IN WHICH TO RESPOND TO
14 52, Rob Phillips as CSEA             )PLAINTIFF'S COMPLAINT
   President                            )
15                                      )
                                        )
16          Defendants.                 )

17      The plaintiff, in pro per and defendant CASTRO VALLEY

18 UNIFIED SCHOOL DISTRICT, through its attorney of record, hereby

19 stipulate and agree that defendant CASTRO VALLEY UNIFIED SCHOOL

20 DISTRICT, may have an extension to respond to plaintiff's

21 Complaint, up to and including January 8, 2010.

22

23 DATED:  Dec 14,          , 2009  EDRINGTON, SCHIRMER & MURPHY

24
                                   By
25
                                      Peter P. Edrington, Esq.
26                                    Attorney for Defendant,
                                      CITY OF RICHMOND

27

28

   Stipulation Re Filing of Answer            1

1  DATED: _12 - 16_____, 2009

2
                                    By_____
3                                      Romeo V. Apostol
4                                      In Pro Per Plaintiff

5

6                              **ORDER**

7        In accordance with the foregoing stipulation, IT IS HEREBY

8   ORDERED that defendant will have an extension in which to respond

9   to plaintiff's Complaint, up to and including January 8, 2010.

10  DATED: _December 18_____, 2009

11

12                                  By_____
13                                     Judge Jeffrey S. White

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28