1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   ROMEO V. APOSTOL,

10              Plaintiff,                          No. C 09-02676 JSW

11       v.

12   CASTRO VALLEY UNIFIED SCHOOL          **ORDER SETTING BRIEFING**
     DISTRICT, et al.,                     **SCHEDULE**
13
                Defendants.
14   _____/

15

16          This matter is set for a hearing on February 19, 2010 on the motion to dismiss filed by

17   defendants California School Employees Association ("CSEA"), erroneously sued as CSEA

18   Chapter 52, and Robert Phillips ("Phillips") (collectively, "Defendants"). The Court HEREBY

19   ORDERS that plaintiff Romeo Apostol ("Plaintiff") shall file and serve his opposition to the

20   motion by no later than **January 13, 2010** and Defendants shall file and serve their reply brief,

21   if any, by no later than **January 20, 2010**. Plaintiff is advised that failure to respond to this

22   Order may result in dismissal of his case against Defendants.

23          If the Court determines that the matter is suitable for resolution without oral argument, it

24   will so advise the parties in advance of the hearing date. If the parties wish to modify this

25   ///

26   ///

27   ///

28   ///

schedule, they may submit for the Court's consideration a stipulation and proposed order

demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: December 24, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROMEO V APOSTOL,

          Plaintiff,

v.

CASTRO VALLEY UNIFIED SCHOOL
DISTRICT et al,

          Defendant.

_____/

Case Number: CV09-02676 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
District Court, Northern District of California.

That on December 28, 2009, I SERVED a true and correct copy(ies) of the attached, by
placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter
listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an
inter-office delivery receptacle located in the Clerk's office.

Romeo V. Apostol
10499 S. Manthey Road
Lathrop, CA 95330

Dated: December 28, 2009

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk