IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO V. APOSTOL,<br><br>    Plaintiff,<br><br>  v.<br><br>CASTRO VALLEY UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-02676 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on February 19, 2010 on the motion to dismiss filed by defendants California School Employees Association ("CSEA"), erroneously sued as CSEA Chapter 52, and Robert Phillips ("Phillips") (collectively, "Defendants"). The Court HEREBY ORDERS that plaintiff Romeo Apostol ("Plaintiff") shall file and serve his opposition to the motion by no later than **January 13, 2010** and Defendants shall file and serve their reply brief, if any, by no later than **January 20, 2010**. Plaintiff is advised that failure to respond to this Order may result in dismissal of his case against Defendants.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this

///
///
///
///

1 schedule, they may submit for the Court's consideration a stipulation and proposed order
2 demonstrating good cause for any modification requested.
3 **IT IS SO ORDERED.**

5 Dated: December 24, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROMEO V APOSTOL,

    Plaintiff,

v.

CASTRO VALLEY UNIFIED SCHOOL DISTRICT et al,

    Defendant.

Case Number: CV09-02676 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 28, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Romeo V. Apostol
10499 S. Manthey Road
Lathrop, CA 95330

Dated: December 28, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk