IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO V. APOSTOL,<br><br>    Plaintiff,<br><br>v.<br><br>CASTRO VALLEY UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-02676 JSW<br><br>**ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** |

The plaintiff Romeo Apostol ("Apostol") having requested and being in need of counsel to assist him/her in this matter and good and just cause appearing,

IT IS HEREBY ORDERED that Apostol shall be referred to the Federal Pro Bono Project in the manner set forth below:

1. The Clerk of this Court shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco ("BASF") one (1) copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

2. Upon being notified by the BASF that an attorney has been located to represent the Apostol, that attorney shall be appointed as counsel for Apostol in this matter until further order of the Court.

3. All proceedings in this action are hereby stayed for ninety days. However, if counsel has been found for Apostol sooner, the stay will be lifted four weeks

from the date an attorney is appointed to represent Apostol. This stay includes the pending motion to dismiss. Therefore, the hearing currently set for February 19, 2010 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: February 18, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2