IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO V. APOSTOL, | |
| Plaintiff, | No. C 09-02676 JSW |
| v. | |
| CASTRO VALLEY UNIFIED SCHOOL DISTRICT, et al., | **ORDER APPOINTING COUNSEL** |
| Defendants. | |

Because plaintiff Romeo Apostol ("Apostol") has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Assem Gupta, Alden Lee and Henry Su of Howrey LLP is hereby appointed as counsel for Apostol in this matter until further order of the Court.

The Court FURTHER ORDERS that the stay will be lifted on June 1, 2010. The Court HEREBY SETS a case management conference to be held on June 25, 2010 at 1:30 p.m. The parties shall file a joint case management statement by no later than June 18, 2010. In their joint case management statement the parties shall address whether the motion to dismiss should be

///

///

///

///

1 reset, whether Apostol seeks to file a revised opposition to that motion, or whether Apostol will
2 seek to file an amended complaint.
3     **IT IS SO ORDERED.**

5 Dated: May 3, 2010

                                           JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California