```
 1  PETER P. EDRINGTON, ESQ. (074355)
    NANCY A. MCPHERSON, ESQ.  (129464)
 2  EDRINGTON, SCHIRMER & MURPHY LLP
    2300 Contra Costa Boulevard, Suite 450
 3  Pleasant Hill, CA  94523-3936
    Telephone:  (925) 827-3300
 4  Facsimile:  (925) 827-3320

 5  Attorneys for Defendant CASTRO VALLEY UNIFIED SCHOOL DISTRICT

 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO V. APOSTOL, | CASE NO.:   C 09-02676 JSW |
| Plaintiff, | |
| vs. | AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S EXTENSION IN WHICH TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT |
| CASTRO VALLEY UNIFIED SCHOOL DISTRICT, et al., CSEA Chapter 52, Rob Phillips as CSEA President | |
| Defendants. | |

The plaintiff, through his attorney of record, and defendant CASTRO VALLEY UNIFIED SCHOOL DISTRICT, through its attorney of record, hereby stipulate and agree that defendant CASTRO VALLEY UNIFIED SCHOOL DISTRICT, may have an extension to respond to plaintiff's Second Amended Complaint, up to and including August 20, 2010.

DATED: August 16, 2010        EDRINGTON, SCHIRMER & MURPHY LLP

By _____
   Peter P. Edrington, Esq.
   Nancy A. McPherson, Esq.
   Attorneys for Defendant,
   CASTRO VALLEY USD

Stipulation Re Filing of Answer                    1

1  DATED: _August 16, 2010

2

3  By _____Henry Su, Esq._____
    Aseem Gupta, Esq.
4   HOWREY LLP
    Attorneys for Plaintiff
5   ROMEO V. APOSTOL

6

7                          ORDER

8   In accordance with the foregoing stipulation, IT IS HEREBY
9  ORDERED that defendant will have an extension in which to respond
10 to plaintiff's Second Amended Complaint, up to and including
11 August 20, 2010.

12 DATED: ____August 23_____, 2009

13

14 By _____Jeffrey S White_____
    Judge Jeffrey S. White
15

Stipulation Re Filing of Answer         2