PETER P. EDRINGTON, ESQ. (074355)
NANCY A. MCPHERSON, ESQ. (129464)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Blvd., Ste 450
Pleasant Hill, CA  94523
T:  (925) 827-3300
F:  (925) 827-3320

Attorneys for Defendants CASTRO VALLEY UNIFIED SCHOOL DISTRICT,
SHERRI BEETZ, CHARLOTTE IRWIN AND TIM DEFOREST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO V. APOSTOL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>(1) CASTRO VALLEY UNIFIED SCHOOL DISTRICT,<br>(2) JIM FITZPATRICK,<br>(3) SHERRI BEETZ,<br>(4) CHARLOTTE IRWIN,<br>(5) TIM DEFOREST,<br>(6) CALIFORNIA SCHOOL EMPLOYEES ASSOCIATION,<br>(7) ROBERT PHILLIPS,<br>　　　　Defendants. | Case No.  C 09-2676 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE COMPLETION OF EARLY NEUTRAL EVALUATION** |

　　　　Pursuant to Civil Local Rule 7-1 and the Court's July 8, 2010 Order, the parties, through their respective attorneys of record, petition the Court for a continuance of the deadline to complete the Early Neutral Evaluation, and an extension of related deadlines.

　　　　In its July 8, 2010 Order, the Court directed the parties to complete Early Neutral Evaluation by October 25, 2010.  *See* Dkt. No. 45.  However, due to administrative error, this matter was not referred for Early Neutral Evaluation until October 4, 2010.

JOINT STIPULATION AND [PROPOSED] ORDER TO
COMPLETE EARLY NEUTRAL EVALUATION　　　　　　　　　1

Counsel did not receive notice of the appointment of an evaluator. Counsel for Defendants, CASTRO VALLEY UNIFIED SCHOOL DISTRICT, et al. contacted the ENE Department on October 4, 2010 and learned that the department had not received the court referral but would immediately process the ENE referral. The ENE Department indicated that a 90-day continuance to complete ENE would be needed due to scheduling during the end of the year.

The court's original deadline for the completion of ENE was October 25, 2010. The parties respectfully request a continuance to January 25, 2011 to complete the Early Neutral Evaluation. The parties further respectfully request that the Court order the parties to submit the Joint Supplemental Case Management Statement following the parties' completion of ENE no later than February 4, 2011. Lastly, the parties further respectfully request that the Court reschedule the Case Management Conference to February 11, 2010 at 1:30 p.m. or as soon thereafter as the Court's schedule permits.

The parties certify that no other time modifications with respect to the Court's discovery schedule have been sought or entered in this case. The requested schedule modifications should have no effect on the remaining discovery deadlines.

Respectfully submitted,

DATED: October 8, 2010           EDRINGTON, SCHIRMER & MURPHY

By:     /s/ Nancy McPherson
Peter P. Edrington, Esq.
Nancy A. McPherson, Esq.
Attorney for Defendants CASTRO VALLEY UNIFIED SCHOOL DISTRICT, SHERRI BEETZ, CHARLOTTE IRWIN AND TIM DEFOREST

///
///
///

JOINT STIPULATION AND [PROPOSED] ORDER TO
COMPLETE EARLY NEUTRAL EVALUATION                    2

DATED: October 8, 2010          HOWREY LLP

                                By:     /s/ Aseem Gupta
                                Henry Su, Esq.
                                Aseem Gupta, Esq.
                                Alden K. Lee, Esq.
                                HOWREY LLP
                                Attorneys for Plaintiff
                                ROMEO V. APOSTOL

DATED: October 8, 2010          THE DAVIS LAW FIRM, APC

                                By:     /s/ Jeanne M. Fahey
                                Jeanne M. Fahey, Esq.
                                THE DAVIS LAW FIRM, APC
                                Attorneys for CSEA and ROBERT PHILLIPS

### [PROPOSED] ORDER

GOOD CAUSE SHOWN, the parties have until January 25, 2011 to complete Early Neutral Evaluation. The parties shall submit a Joint Supplemental Case Management Statement following the completion of Early Neutral Evaluation no later than February 4, 2011. Further, the parties shall attend the Case Management Statement at 1:30 p.m. on February 11, 2011, or as soon thereafter as the Court's schedule permits.

IT IS SO ORDERED.

DATED: October 13, 2010

_/s/ Jeffrey S. White_
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER TO
COMPLETE EARLY NEUTRAL EVALUATION                3