```
 1  HENRY SU, ESQ. (State Bar No. 211202)
    HOWREY LLP
 2  1950 University Avenue, 4th Floor
    East Palo Alto, CA  94303
 3  T: 650.798-3500
    F: 650.798-3600
 4
    ASEEM GUPTA, ESQ. (State Bar No. 252858)
 5  ALDEN LEE, ESQ. (State Bar No. 257973)
    HOWREY LLP
 6  525 Market St., Suite 3600
    San Francisco, CA 94105
 7  T: 415.848.4900
    F: 415.848.4999
 8
    Attorneys for Plaintiff ROMEO V. APOSTOL
 9

10  TIMOTHY C. DAVIS, ESQ. (SBN 60936)
    JEANNE M. FAHEY, ESQ. (SBN 179114)
11  THE DAVIS LAW FIRM, APC
    625 Market St, 12th Floor
12  San Francisco, CA  94105
    T: (415) 278-1400
13  F: (415) 278-1401

14  Attorneys for CSEA and ROBERT PHILLIPS

15
                     UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17
```

| | |
|---|---|
| ROMEO V. APOSTOL, | CASE NO.:  C 09-02676 JSW |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE (CSEA DEFENDANTS ONLY) |
| vs. | |
| CASTRO VALLEY UNIFIED SCHOOL DISTRICT, et al. | Fed. R. Civ. P. 41 |
| Defendants. | |

Pursuant to the Federal Rules of Civil Procedure, Rule 41, Plaintiff Romeo Apostol ("APOSTOL") and Defendants CSEA and Robert Phillips (erroneously sued as CSEA Chapter 52

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

et al, CSEA union representative, CSEA Chapter 7 and Rob Phillips, Chapter 52 President, collectively referred to hereinafter as the "CSEA DEFENDANTS") stipulate, and the Court hereby orders, as follows:

1. The dispute between Plaintiff APOSTOL and the CSEA DEFENDANTS has been settled, therefore the claims asserted by Plaintiff against the CSEA DEFENDANTS in the above-captioned proceedings are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41.

2. Each party is to bear its own attorney's fees and costs.

3. The Court retains jurisdiction over this matter with respect to any disputes regarding the settlement agreement between APOSTOL and the CSEA DEFENDANTS.

Dated: 10/6/2010

HOWREY LLP

_____
Aseem Gupta
Attorneys for Plaintiff
ROMEO V. APOSTOL

Dated: 10/6/2010

THE DAVIS LAW FIRM

_____
Jeanne M. Fahey
Attorneys for Defendants
CALIFORNIA SCHOOL EMPLOYEES ASSOCIATION
and ROBERT PHILLIPS
(erroneously sued as CSEA Chapter 52 et al, CSEA union representative, CSEA Chapter 7 and and Rob Phillips, Chapter 52 President)

## ORDER

In accordance with the foregoing stipulation, IT IS HEREBY ORDERED that Defendants CALIFORNIA SCHOOL EMPLOYEES ASSOCIATION and ROBERT PHILLIPS (erroneously

{00028059} 2

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

sued as CSEA Chapter 52 et al, CSEA union representative, CSEA Chapter 7 and and Rob Phillips, Chapter 52 President) are hereby DISMISSED from this action WITH PREJUDICE. The Court retains jurisdiction over this matter with respect to any disputes regarding the settlement agreement between APOSTOL and the CSEA DEFENDANTS.

Dated: October 15, 2010        By: *Jeffrey S White* (signature)
Judge Jeffrey S. White

{00028059} 3

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE