HENRY SU (SBN 211202)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, California  94303
Telephone: 650.798.3500
Facsimile:  650.798.3600

ASEEM GUPTA (SBN 252858)
ALDEN K. LEE (SBN 257973)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California  94105
Telephone: 415.848-4900
Facsimile:  415.848-4999

Attorneys for Plaintiff
ROMEO V. APOSTOL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTICT OF CALIFORNIA

| | |
|---|---|
| ROMEO V. APOSTOL,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CASTRO VALLEY UNIFIED SCHOOL DISTRICT, et al.,<br><br>                    Defendants. | Case No. C 09-02676 JSW<br><br>**JOINT STIPULATION DISMISSING PLAINTIFF ROMEO V. APOSTOL'S BREACH OF CONTRACT CLAIM AND ORDER THEREON**<br><br>Judge:   Hon. Jeffrey S. White |

Plaintiff Romeo V. Apostol ("Plaintiff" or "Mr. Apostol") hereby dismisses with prejudice his claim of Breach of Contract against Defendant Castro Valley Unified School District ("CVUSD") in this case.[1] By this stipulation, Plaintiff dismisses **only** his Breach of Contract Claim against CVUSD.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

---

[1] The Breach of Contract claim is included in the Second Amended Complaint (Dkt. No. 46) as Plaintiff's Fourth Claim.

| | |
|---|---|
| DATED: December 22, 2010 | Respectfully submitted, |
| | HOWREY LLP |

                         /s/ *Alden K. Lee*

HENRY C. SU (State Bar No. 211202)
SuH@howrey.com
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, California 94303
Telephone: 650.798.3500
Facsimile: 650.798.3600

ASEEM GUPTA (State Bar No. 252858)
GuptaA@howrey.com
ALDEN K. LEE (State Bar No. 257973)
LeeAlden@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94015-2708
Telephone: 415.848.4900
Facsimile: 415.848.4999

Attorneys for Plaintiff
ROMEO V. APOSTOL


EDRINGTON, SCHIRMER & MURPHY LLP


                         /s/ *Nancy McPherson*

PETER P. EDRINGTON, ESQ. (074355)
NANCY A. McPHERSON, ESQ. (129464)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, California 94523-3936
Telephone: 925.827.3300
Facsimile: 925.827.3320

Attorneys for Defendants
CASTRO VALLEY UNIFIED SCHOOL DISTRICT, et al.

1 PURSUANT TO STIPULATION, IT IS SO ORDERED.

2 DATED: ___December 23, 2010___   ___/s/ Jeffrey S. White___
3 JEFFREY S. WHITE
4 United States District Judge