1  PETER P. EDRINGTON, ESQ. (074355)
   NANCY A. MCPHERSON, ESQ. (129464)
2  EDRINGTON, SCHIRMER & MURPHY LLP
   2300 Contra Costa Blvd., Ste 450
3  Pleasant Hill, CA  94523
   T:  (925) 827-3300
4  F:  (925) 827-3320

5  Attorneys for Defendants CASTRO VALLEY UNIFIED SCHOOL DISTRICT,
   SHERRI BEETZ, CHARLOTTE IRWIN AND TIM DEFOREST

6

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  ROMEO V. APOSTOL,                       Case No.  C 09-2676 JSW

12        Plaintiff,
                                            **STIPULATION AND [PROPOSED]**
13  v.                                      **ORDER TO EXTEND THE DEADLINE**
                                            **FOR THE CLOSE OF DISCOVERY**
14  (1) CASTRO VALLEY UNIFIED SCHOOL
    DISTRICT,
15  (2) JIM FITZPATRICK,
    (3) SHERRI BEETZ,
16  (4) CHARLOTTE IRWIN,
    (5) TIM DEFOREST,
17  (6) CALIFORNIA SCHOOL EMPLOYEES
    ASSOCIATION,
18  (7) ROBERT PHILLIPS,
          Defendants.
19
          The parties to this matter hereby stipulate, due to additional time necessary to produce
20
    electronic and other documents and due to the schedules of witnesses and counsel, that the close of
21
    non-expert discovery in this matter be continued from February 1, 2011 to February 28, 2011.  The
22
    parties anticipate that all other dates set by the court in its Pre-Trial Scheduling Order will remain.
23
          Respectfully submitted,
24
    DATED:  December 22, 2010              EDRINGTON, SCHIRMER & MURPHY LLP
25

26                                         By:  /s/
                                             Peter P. Edrington, Esq.
27                                         Nancy A. McPherson, Esq.
                                           Attorney for Defendants CASTRO VALLEY UNIFIED
28                                         SCHOOL DISTRICT, SHERRI BEETZ, CHARLOTTE
                                           IRWIN AND TIM DEFOREST

Stipulation to Extend the Deadline for Close of Discovery        1

1    DATED:  December 22, 2010          HOWREY LLP

2                                       By:  /s/_____
                                        HENRY C. SU (State Bar No. 211202)
3                                       SuH@howrey.com
                                        HOWREY LLP
4                                       1950 University Avenue, 4th Floor
                                        East Palo Alto, California  94303
5                                       Telephone:  650.798.3500
                                        Facsimile:  650.798.3600
6
                                        By:  /s/_____
7                                       ASEEM GUPTA (State Bar No. 252858)
                                        GuptaA@howrey.com
8                                       ALDEN K. LEE (State Bar No. 257973)
                                        LeeAlden@howrey.com
9                                       HOWREY LLP
                                        525 Market Street, Suite 3600
10                                      San Francisco, California  94015-2708
                                        Telephone:  415.848.4900
11                                      Facsimile:  415.848.4999

12                                      Attorneys for Plaintiff
                                        ROMEO V. APOSTOL
13

14

15          PURSUANT TO STIPULATION, THE CLOSE OF DISCOVERY WILL BE FEBRUARY

16   28, 2011.

17

18          IT IS SO ORDERED.

19   DATED: ___December 23, 2010_____

20                                      JEFFREY S. WHITE
                                        UNITED STATES DISTRICT/MAGISTRATE
21                                      JUDGE

22

23

24

25

26

27

28

Stipulation to Extend the Deadline for Close of Discovery          2