IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO V APOSTOL,<br><br>      Plaintiff,<br><br>  v.<br><br>CASTRO VALLEY UNIFIED SCHOOL DISTRICT,<br><br>      Defendant.                 / | No. C-09-02676 JSW (EDL)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

     On June 21, 2011, Judge White referred the parties' June 20, 2011 letter and all further discovery disputes to this Court for resolution. After reviewing the parties' June 20, 2011 letter, the Court concludes that the issues raised in the letter must be addressed in a regularly noticed motion. Accordingly, no later than July 5, 2011, Plaintiff shall file its motion to strike Defendant's expert disclosures. Any opposition shall be filed no later than July 19, 2011. Any reply shall be filed no later than July 26, 2011. The Court has scheduled a hearing for August 9, 2011 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: June 23, 2011

                                                  ELIZABETH D. LAPORTE<br>
                                                  United States Magistrate Judge