ASEEM S. GUPTA (CSB No. 252858)
agupta@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile:  (415) 772-7400

BRIAN A.E. SMITH (CSB No. 188147)
baesmith@dl.com
ALDEN K. LEE (CSB No. 257973)
alee@dl.com
DEWEY & LEBOEUF LLP
Post Montgomery Center
One Montgomery Street
Suite 3500
San Francisco, California 94104
Telephone: (415) 951-1100
Facsimile:  (415) 951-1180

Attorneys for Plaintiff
ROMEO V. APOSTOL

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROMEO V. APOSTOL,<br><br>              Plaintiff,<br><br>      vs.<br><br>CASTRO VALLEY UNIFIED SCHOOL DISTRICT, et al.,<br><br>              Defendants. | Case No. 3:09-cv-02676-JSW<br><br>[PROPOSED] ORDER ~~GRANTING~~ **RE** PLAINTIFF ROMEO V. APOSTOL'S EXPEDITED MOTION FOR ORDER TO SHOW CAUSE |

1

Before the Court is Plaintiff's Motion for Order to Show Cause, or in the Alternative, to Enforce the Court's Protective Order.

It is ~~HEREBY ORDERED that, on _____, at _____, or as soon thereafter as counsel can be heard, in the courtroom of the Honorable Jeffrey S. White at the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California, Defendants SHOW CAUSE why Defendants should be permitted to filed Docket Nos. 91, 92 and 94 in the public record.~~ **Pending further order of the Court, the Court shall lock docket nos. 91, 92, and 94. Defendants shall file a written response as to why these documents should not be filed under seal by no later than August 19, 2011. The Court does not require a hearing on this matter.**

Dated: _____
 August 12, 2011

By: _____
Hon. Jeffrey S. White
U.S. District Court Judge

SF 233922.1

2