PETER P. EDRINGTON, ESQ. (074355)
NANCY A. MCPHERSON, ESQ. (129464)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Blvd., Ste 450
Pleasant Hill, CA  94523
T:  (925) 827-3300
F:  (925) 827-3320

Attorneys for Defendants CASTRO VALLEY UNIFIED SCHOOL DISTRICT, SHERRI BEETZ, CHARLOTTE IRWIN AND TIM DEFOREST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO V. APOSTOL,<br><br>　　　Plaintiff,<br><br>v.<br><br>(1) CASTRO VALLEY UNIFIED SCHOOL DISTRICT,<br>(2) JIM FITZPATRICK,<br>(3) SHERRI BEETZ,<br>(4) CHARLOTTE IRWIN,<br>(5) TIM DEFOREST,<br>(6) CALIFORNIA SCHOOL EMPLOYEES ASSOCIATION,<br>(7) ROBERT PHILLIPS,<br>　　　Defendants. | Case No.  C 09-2676 JSW<br><br>[~~PROPOSED~~] **ORDER TO EXTEND THE SEPTEMBER 16, 2011 DEADLINE FOR, AND HEARING DATE OF, THE MOTION FOR SUMMARY JUDGMENT**<br>**[C. L. R. 7-7 and 7-11]** |

**ORDER**

Pursuant to Civil Local Rule 7-7 and 7-11, defendants filed their motion for administrative relief to extend the September 16, 2011 deadline for, and hearing date of, their motion for summary judgment.  Good cause appearing, due to the unavailability of lead trial counsel for defendants on the date originally set for hearing, as well as the court's calendar availability, and in accordance with the foregoing Motion, IT IS HEREBY ORDERED that the deadline for, and hearing on, the Motion for Summary Judgment filed by Defendants, CASTRO VALLEY UNIFIED SCHOOL DISTRICT, SHERRI BEETZ, CHARLOTTE IRWIN and TIM DEFOREST, be continued from September 16, 2011 to October 28, 2011, at 9:00 a.m.

[~~Proposed~~] Oder to Extend the September 16, 2011 Deadline for, and Hearing Date of, the Motion for Summary Judgment

1

1   ~~IT IS SO ORDERED.~~

2   ~~DATED:~~ _____

3                                                    ~~By~~ _____
                                                         ~~JUDGE JEFFREY S. WHITE~~

6   In order to provide the parties time to continue their settlement negotiations after the Court rules on the motion for summary judgment, the Court HEREBY CONTINUES the pretrial conference and trial to February 6, 2012 at 2:00 p.m. and March 5, 2012 at 8:00 a.m., respectively.

8   IT IS SO ORDERED.

11  Dated: August 25, 2011

*[Signature of Judge Jeffrey S. White with seal of United States District Court, Northern District of California]*

28  [Proposed] Oder to Extend the September 16, 2011 Deadline for, and Hearing Date of, the Motion for Summary Judgment

2