IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROMEO V. APOSTOL,

    Plaintiff,

v.

CASTRO VALLEY UNIFIED SCHOOL DISTRICT, et al.,

    Defendants.

No. C 09-02676 JSW

**AMENDED ORDER OF REFERRAL TO MAGISTRATE JUDGE TO CONDUCT SETTLEMENT CONFERENCE**

In its order granting in part and denying in part Defendants' motion for summary judgment, the Court referred this matter for a settlement conference. This Order HEREBY CLARIFIES that the referral is to Magistrate Judge Donna M. Ryu to conduct a further settlement conference, and not to a randomly assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: November 7, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE