PETER P. EDRINGTON, ESQ. (074355)
NANCY A. MCPHERSON, ESQ. (129464)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Blvd., Ste 450
Pleasant Hill, CA  94523
T:  (925) 827-3300
F:  (925) 827-3320

Attorneys for Defendants CASTRO VALLEY UNIFIED SCHOOL DISTRICT, SHERRI BEETZ, CHARLOTTE IRWIN AND TIM DEFOREST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO V. APOSTOL,<br><br>         Plaintiff,<br><br>v.<br><br>(1) CASTRO VALLEY UNIFIED SCHOOL DISTRICT,<br>(2) JIM FITZPATRICK,<br>(3) SHERRI BEETZ,<br>(4) CHARLOTTE IRWIN,<br>(5) TIM DEFOREST,<br>(6) CALIFORNIA SCHOOL EMPLOYEES ASSOCIATION,<br>(7) ROBERT PHILLIPS,<br>         Defendants. | Case No.  C 09-2676 JSW<br><br>[**PROPOSED**] ORDER RE EXCUSAL OF IRWIN AND DeFOREST FROM SECOND SETTLEMENT CONFERENCE <u>AS MODIFIED</u><br><br>**Date:  November 21, 2011**<br>**Time:  11:00 a.m.**<br>**The Honorable Donna Ryu** |

GOOD CAUSE APPEARING, IT IS SO ORDERED:

That defendants CHARLOTTE IRWIN and TIM DeFOREST are not required to attend the Second Settlement Conference scheduled for Monday November 21, 2011 at 11:00 a.m.  Ms. IRWIN and Mr. DeFOREST <u>shall be available by telephone during the Settlement Conference.</u> Defendant SHERRI BEETZ will attend the Settlement Conference.

DATED:  November 16, 2011      _____
                                Donna M. Ryu
                                United States District Judge

[Proposed] Order to Excuse Irwin and DeForest from Settlement Conference            1