| | |
|---|---|
| 1 | PETER P. EDRINGTON, ESQ. (074355) |
| 2 | NANCY A. MCPHERSON, ESQ. (129464) |
|   | EDRINGTON, SCHIRMER & MURPHY LLP |
|   | 2300 Contra Costa Blvd., Ste 450 |
| 3 | Pleasant Hill, CA  94523 |
|   | T:  (925) 827-3300 |
| 4 | F:  (925) 827-3320 |

Attorneys for Defendants CASTRO VALLEY UNIFIED SCHOOL DISTRICT, SHERRI BEETZ, CHARLOTTE IRWIN AND TIM DeFOREST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO V. APOSTOL, | Case No.  C 09-2676 JSW |
| Plaintiff, | |
| v. | [**PROPOSED**] ORDER RE EXCUSAL OF IRWIN AND DeFOREST FROM SECOND SETTLEMENT CONFERENCE <u>AS MODIFIED</u> |
| (1) CASTRO VALLEY UNIFIED SCHOOL DISTRICT, | |
| (2) JIM FITZPATRICK, | **Date:  November 21, 2011** |
| (3) SHERRI BEETZ, | **Time:  11:00 a.m.** |
| (4) CHARLOTTE IRWIN, | **The Honorable Donna Ryu** |
| (5) TIM DEFOREST, | |
| (6) CALIFORNIA SCHOOL EMPLOYEES ASSOCIATION, | |
| (7) ROBERT PHILLIPS, | |
| Defendants. | |

GOOD CAUSE APPEARING, IT IS SO ORDERED:

That defendants CHARLOTTE IRWIN and TIM DeFOREST are not required to attend the Second Settlement Conference scheduled for Monday November 21, 2011 at 11:00 a.m.  Ms. IRWIN and Mr. DeFOREST <u>shall be available by telephone during the Settlement Conference.</u> Defendant SHERRI BEETZ will attend the Settlement Conference.

DATED:  November 16, 2011    _____
Donna M. Ryu
United States District Judge

[~~Proposed~~] Order to Excuse Irwin and DeForest from Settlement Conference                                              1