1  BRIAN A.E. SMITH (CSB No. 188147)  
   baesmith@dl.com  
2  ALDEN K. LEE (CSB No. 257973)  
   alee@dl.com  
3  DEWEY & LEBOEUF LLP  
   Post Montgomery Center  
4  One Montgomery Street, Suite 3500  
   San Francisco, California 94104-5535  
5  Telephone: (415) 951-1100  
   Facsimile:  (415) 951-1180  
6  
   ASEEM S. GUPTA (CSB No. 252858)  
7  agupta@sidley.com  
   SIDLEY AUSTIN LLP  
8  555 California Street, Suite 2000  
   San Francisco, California 94104  
9  Telephone: (415) 772-1200  
   Facsimile:  (415) 772-7400  
10  
11 **Attorneys for Plaintiff**  
   **ROMEO V. APOSTOL**

PETER P. EDRINGTON (CSB No. 074335)  
pedrington@esmlawfirm.com  
NANCY A. McPHERSON (CSB No. 129464)  
nmcpherson@esmlawfirm.com  
EDRINGTON, SCHIRMER & MURPHY LLP  
2300 Contra Costa Boulevard, Suite 450  
Pleasant Hill, California 94523  
Telephone: (925) 827-3300  
Facsimile:   (925) 827-3320  

**Attorneys for Defendants CASTRO VALLEY UNIFIED SCHOOL DISTRICT, SHERRI BEETZ, CHARLOTTE IRWIN AND TIM DEFOREST**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROMEO V. APOSTOL,<br><br>              Plaintiff,<br><br>    vs.<br><br>CASTRO VALLEY UNIFIED SCHOOL DISTRICT, et al.,<br><br>              Defendants. | Case No. 3:09-cv-02676-JSW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**Fed. R. Civ. P. 41**<br><br>Judge:   Hon. Jeffrey S. White |

Pursuant to the Federal Rules of Civil Procedure, Rule 41, Plaintiff Romeo V. Apostol ("Mr. Apostol") and Defendants Castro Valley Unified School District, Sherri Beetz, Charlotte Irwin, and Timothy DeForest (collectively, "Defendants"), stipulate, and the Court hereby orders as follows:

1. The dispute between Mr. Apostol and the Defendants has been fully resolved pursuant to a settlement agreement, the terms of which settlement agreement were put on the record before Magistrate Judge Donna M. Ryu on November 21, 2011. Further pursuant to the parties' agreement, the record regarding the parties' terms of settlement has been sealed for reasons of confidentiality.

2. Each party is to bear its own attorneys' fees and costs.

Dated: December 15, 2011          DEWEY & LEBOEUF LLP

By: _____/s/ Brian A.E. Smith_____
    Brian A.E. Smith
    Alden K. Lee
    Attorneys for Plaintiff
    ROMEO V. APOSTOL

Dated: December 15, 2011          SIDLEY AUSTIN LLP

By: _____/s/ Aseem S. Gupta_____
    Aseem S. Gupta
    Attorneys for Plaintiff
    ROMEO V. APOSTOL

Dated: December 15, 2011          EDRINGTON, SCHIRMER & MURPHY LLP

By: _____/s/ Peter P. Edrington_____
    Peter P. Edrington
    Nancy A. McPherson
    Attorneys for Defendants
    CASTRO VALLEY UNIFIED SCHOOL
    DISTRICT, SHERRI BEETZ, CHARLOTTE
    IRWIN AND TIM DEFOREST

**ORDER**

In accordance with the foregoing stipulation, IT IS HEREBY ORDERED that all Defendants who have not already been dismissed from the above matter as of December 15, 2011 are hereby DISMISSED from this action WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs.

Dated: __December 19__, 20_11_   By: _____[signature]_____
                                      Hon. Jeffrey S. White
                                      United States District Court Judge